

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-14-00192-CV

**IN THE INTEREST OF S.L., J.L., G.L., G.S., A.S., AND G.S., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01014
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before July 28, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court